THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* JOHN DARRELL MANSFIELD, Defendant-Appellant.

(No. 56887;

First District (1st Division)—September 24, 1973.

PER CURIAM.
EGAN, J., took no part.

Paul Bradley, Deputy Defender, of Chicago, (Howard B. Augustus, Assistant Appellate Defender, of counsel,) for appellant.

Bernard Carey, State's Attorney, of Chicago, (James S. Veldman and Bernard S. Armel, Assistant State's Attorneys, of counsel,) for the People.